# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JESSE HOPKINS, III, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-13-679-R |
| ) | |
| TRACY MCCOLLUM, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones entered November 25, 2015, [Doc. No. 15]. Petitioner has not filed an Objection to the Report and Recommendation nor has he sought or been granted an extension of time in which to file an Objection. Therefore, the Report and Recommendation is ADOPTED and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

IT IS SO ORDERED this 21st day of December, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE